# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SHINKIE R. DUNCAN  
2411 WINDRIDGE CT.  
ROCKFORD, IL  61108  

SSN-xxx-xx-9078

Case Number: 05-75262

Case filed on: 9/29/2005  
Plan Confirmed on: 12/2/2005  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $7,920.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 019 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | SHINKIE R. DUNCAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICREDIT | 9,000.00 | 9,000.00 | 4,920.30 | 1,133.82 |
|  | Total Secured | 9,000.00 | 9,000.00 | 4,920.30 | 1,133.82 |
| 001 | AMERICREDIT | 641.52 | 641.52 | 0.00 | 0.00 |
| 002 | CASH LOAN STORE | 1,103.57 | 1,103.57 | 0.00 | 0.00 |
| 003 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | EDFINANCIAL SERVICES | 1,364.02 | 1,364.02 | 0.00 | 0.00 |
| 005 | IHC SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MEDICAL DENTAL HOSPITAL BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NICOR GAS | 481.40 | 481.40 | 0.00 | 0.00 |
| 009 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PROFESSIONAL ED INST. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ASSET ACCEPTANCE CORP | 675.05 | 675.05 | 0.00 | 0.00 |
| 013 | SPIEGEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | T-MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROUNDUP FUNDING LLC | 320.64 | 320.64 | 0.00 | 0.00 |
| 018 | AFNI/VERIZON | 1,094.64 | 1,094.64 | 0.00 | 0.00 |
| 020 | EDFINANCIAL SERVICES | 7,000.00 | 7,000.00 | 0.00 | 0.00 |
| 021 | EDFINANCIAL SERVICES | 2,071.55 | 2,071.55 | 0.00 | 0.00 |
| 022 | EDFINANCIAL SERVICES | 1,167.00 | 1,167.00 | 0.00 | 0.00 |
| 023 | ILLINOIS STUDENT ASSISTANCE COMM | 2,120.96 | 2,120.96 | 0.00 | 0.00 |
| 024 | ILLINOIS STUDENT ASSISTANCE COMM | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MUTUAL MANAGEMENT SERVICES | 7,700.00 | 7,700.00 | 0.00 | 0.00 |
| 026 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 25,740.35 | 25,740.35 | 0.00 | 0.00 |
|  | Grand Total: | 36,104.35 | 36,104.35 | 6,284.30 | 1,133.82 |

Total Paid Claimant:      $7,418.12  
Trustee Allowance:        $501.88  
Percent Paid Unsecured:   0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009                By  /s/Heather M. Fagan